IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN KNOX                                          PETITIONER

VS.                    CIVIL ACTION NO.  5:10-cv-193-DCB-RHW

BRUCE PEARSON                                       DEFENDANT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and
Recommendation of the United States Magistrate Judge, after
referral of hearing by this Court, and there being no objections
thereto filed by either party, and the Court, having fully
reviewed the Report and Recommendation of the United States
Magistrate Judge entered in this cause, and being duly advised in
the premises, finds that said Report and Recommendation should be
adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation
of United States Magistrate Judge Robert H. Walker be, and the
same is hereby, adopted as the finding of this Court, and that
Petitioner John Knox' Petition [1] for Writ of Habeas Corpus
relief pursuant to 28 U.S.C. **§ 2241** should be denied and
dismissed with prejudice.

A separate judgment will be entered herein in accordance
with the Order as required by Rule 58 of the Federal Rules of
Civil Procedure.

SO ORDERED, this the <u>13th</u> day of July, 2012.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE